

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Rademaker | Civil Action No.  21cv1757-AGS-AHG |
| Plaintiff, | |
| V. | |
| Andrew Ganzekaufer, at al., | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has repeatedly instructed Rademaker on the relevant pleading requirements and recently gave him a final chance to amend. With this latest complaint, it is now clear that he is unable to meet those requirements, as he again fails to state any claims. *See Wilhelm*, 680 F.3d at 1121; 28 U.S.C. § 1915A(b)(1). Thus, the third amended complaint is DISMISSED without leave to amend.

Date:    10/20/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Simmons
J. Simmons, Deputy