|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 13 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID RADEMAKER,

    Plaintiff - Appellant,

v.

Phd. Doctor GANZEKAUFER, CDCR Psychologist, et al.;

    Defendants - Appellees.

No. 23-3314

D.C. No. 3:21-cv-01757-AGS-AHG
Southern District of California,
San Diego

ORDER

On January 17, 2024, this court granted appellant's motion to proceed in forma pauperis, denied appellant's motion for appointment of counsel, and ordered appellant to file the opening brief by March 1, 2024. To date, appellant has not filed the opening brief. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The motion for voluntary dismissal (Docket Entry No. 15) is denied as moot.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT